HARRY CARMAN and EDWARD SMITH v. JAMES A. HEARN & SON, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GORDON S. P. KLEEBERG v. JOSEPH N. SIPSER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

VARICK SPRING CORPORATION v. THE BANK OF UNITED STATES.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

STUYVESANT CREDIT UNION (a Banking Corporation) v. MANUFACTURERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SVENSKA TAENDSTICKS FABRIK AKTIEBOLAGET (Hereinafter Referred to as "THE SWEDISH MATCH COMPANY") and Others v. BANKERS TRUST COMPANY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

SVENSKA TAENDSTICKS FABRIK AKTIEBOLAGET (Hereinafter Referred to as "THE SWEDISH MATCH COMPANY") and Others v. BANKERS TRUST COMPANY OF NEW YORK and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

MAXRICE REALTY CORPORATION v. B/G SANDWICH SHOPS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Acting by and through the Commissioner of Docks, Relative to Acquiring Title to and Possession of Such Wharfage Rights, etc., Appurtenant to Pier New No. 32 (Old No. 41), North River, in the Borough of Manhattan, City of New York, and All Wharfage Rights, etc., Appurtenant to that Certain Bulkhead Extending in Length a Distance of 2.94 Feet Northerly from the Northerly Side of Said Pier and 61.72 Feet Southerly from the Southerly Side of Said Pier Not Now Owned by the City of New York, for the Improvement of the Waterfront of the City of New York on the North River Pursuant to a Plan Heretofore Adopted by the Commissioner of Docks, and Approved by the Commissioners of the Sinking Fund. In the Matter of the Petition of GIBBONEY, JOHNSTON & FLYNN to Enforce an Attorney's Lien. In the Matter of the Application of CITY BANK FARMERS TRUST COMPANY, as Trustee, for Payment of Award on Account of Mortgage; IRVING TRUST COMPANY, as Receiver in Foreclosure of the Mortgaged Property, and THEODORE WAEBER, as Trustee in Bankruptcy of HUDSON RIVER NAVIGATION CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Acting by and through the Commissioner of Docks, Relative to Acquiring Title to and Possession of Such Wharfage Rights, etc., Appurtenant to Pier New No. 32 (Old No. 41),